# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. WEST, | ) | 1:05-cv-01311-AWI-TAG HC |
| | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 6) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| JAMES YATES, et al., | ) | ORDER WITHDRAWING ORDER TO |
| | ) | SUBMIT NEW IN FORMA PAUPERIS |
| | ) | APPLICATION (Doc. 7) |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

On October 19, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On November 23, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. (Doc. 6).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed November 23, 2005 (Doc. 6) is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED;
3. The order of February 6, 2006, requiring Petitioner to submit a new application to proceed in forma pauperis is hereby WITHDRAWN;
4. The Clerk of Court is DIRECTED to send Petitioner a civil rights complaint form; and
5. The Clerk of the Court is DIRECTED to close the file.  This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:     **July 22, 2006**           _____**/s/ Anthony W. Ishii**_____
0m8i78                                                 UNITED STATES DISTRICT JUDGE